# COURTROOM DEPUTY'S MINUTES                MIDDLE DISTRICT OF ALABAMA

---------------------------------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**                    **DATE: July 28, 2005**
❏ **BOND HEARING**
❏ **DETENTION HEARING**                     **Digital Recording 2:01 - 2:06**
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

---------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker      DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:05mj87-W**                **DEFENDANT NAME: Frederick D. Graves**

**AUSA: Susan  Redmond**               **DEFT. ATTY: Leslie Smith**

                    **Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD**

**USPO/USPTS:**

**Interpreter needed: (  √  ) NO; (   )YES   Name:**

_____

| | |
|---|---|
| √ | **Date of Arrest July 27, 2005 or √ Arrest Rule 40** |
| √ | **Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator** |
| √ | **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.** |
| √ | **ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed** |
| ❏ | **Panel Attorney Appointed; ❏ to be appointed - prepare voucher** |
| ❏ | **Deft. Advises he will retain counsel.  Has retained _____** |
| ❏ | **❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed** |
| ❏ | **Detention Hearing ❏ held; ❏set for** |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered** |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL to be entered** |
| ❏ | **Release order entered.  Deft advised of conditions of release** |
| ❏ | **❏ BOND EXECUTED (M/D AL charges) $. Deft released** |
| | **❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered** |
| ❏ | **Bond not executed.  Defendant to remain in Marshal's custody** |
| √ | **Deft. ORDERED REMOVED to originating district** |
| √ | **Waiver of ❏ preliminary hearing; √ Waiver Rule 5 & 5.1 hearings** |
| ❏ | **Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury** |
| ❏ | **ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for         DISCOVERY DISCLOSURE DATE:** |
| ❏ | **WAIVER of Speedy Trial.   CRIMINAL TERM:** |
| ❏ | **NOTICE to retained Criminal Defense Attorney handed to counsel** |