

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT
## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| FREDERICK D. GRAVES | |

RECEIVED 2005 JUL 29 P 4: 35
UNITED STATES MARSHALS SERVICES MIDDLE ALABAMA

RECEIVED 2005 AUG 11 P 2: 05
UNITED STATES MARSHALS SERVICES MIDDLE ALABAMA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:05mj87-W | 05 MJ 0089-M |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   X Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. §   751(a)

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

ESCAPE FROM FEDERAL CUSTODY

ATTEST: A True Copy.
Certified to _July 29_, 20 05.
Clerk, U.S. District Court,
Middle District of Alabama
BY _/s/ Debra Taylor_
Deputy Clerk

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other   Not entitled to detention hearing on this charge.

**Representation**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF   MIDDLE/ALABAMA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

RETURNED AND FILED
AUG 15 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| 7/29/05 | /s/ Susan Russ Walker |
|---|---|
| Date | Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 08-04-05 | Mobile Metro Jail | 08-05-05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 8/5/05 | William S. Taylor | James C Copeland |